## 50530. CAMPBELL v. THE STATE.

PANNELL, Presiding Judge.

The defendant was convicted of violation of the "Georgia Drug Abuse Control Act (selling marijuana)" and appealed his conviction and sentence.

We have examined the record and the enumeration of errors thereon, and find no cause for reversal.

*Judgment affirmed. Quillian and Clark, JJ., concur.*

SUBMITTED APRIL 8, 1975 — DECIDED JUNE 13, 1975.

*W. W. Larsen, Jr.,* for appellant.

*Reginald Thompson, District Attorney,* for appellee.